UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL SEGURA,<br><br>            Plaintiff,<br><br>     v.<br><br>ALEXANDER'S STEAKHOUSE, INC., et al.,<br><br>            Defendants. | Case No. 15-CV-00321-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Robert Baker
Defendant Alexander's Steakhouse's Attorney: Sybil Renick
Defendant Jeffrey Stout's Attorney: Joseph Wall

An initial case management conference was held on May 6, 2015. A further case management conference is set for September 2, 2015, at 2:00 p.m. The parties shall file their joint case management statement by August 26, 2015.

The Court hereby refers the parties to Court-sponsored mediation with a deadline for completion of ninety (90) days from the date of this Order.

The Court denied Defendants' request to stay or bifurcate discovery.

By May 21, 2015, Plaintiff shall file his amended complaint.

The Court set the following case schedule:

1

Case No. 15-CV-00321-LHK
CASE MANAGEMENT ORDER

DEADLINE TO SERVE INITIAL DISCLOSURES: May 13, 2015

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: June 5, 2015

DEADLINE TO COMPLETE MEDIATION: August 4, 2015 (90 days from today)

PLAINTIFF'S CLASS CERTIFICATION MOTION shall be filed by September 17, 2015, and set for hearing on November 12, 2015, at 1:30 p.m.

FACT DISCOVERY CUTOFF: December 30, 2015

EXPERT DISCOVERY:
    Opening Reports: January 29, 2016
    Rebuttal Reports: February 29, 2016
    Close of Expert Discovery: March 28, 2016

DISPOSITIVE MOTIONS shall be filed by April 21, 2016, and set for hearing no later than June 9, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case, except that defendants Alexander's Steakhouse and Jeffrey Stout may file one additional joint summary judgment motion addressing whether the Release and Settlement Agreement precludes any of Plaintiff's claims in this case.

FINAL PRETRIAL CONFERENCE: August 11, 2016, at 1:30 p.m.

JURY TRIAL: September 6, 2016, at 9:00 a.m.  Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: May 6, 2015

                                              _____
LUCY H. KOH
United States District Judge