United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MIGUEL SEGURA,

        Plaintiff,

   v.

ALEXANDER'S STEAKHOUSE, INC., et al.,

        Defendants.

Case No. 15-CV-00321-LHK

**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT**

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 30, 2015, at 2 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, September 28, 2015, at 10 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: September 24, 2015

_____
LUCY H. KOH
United States District Judge

1