UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MIGUEL SEGURA, | Case No. 15-CV-00321-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| ALEXANDER'S STEAKHOUSE, INC., et al., | |
| Defendants. | |

Plaintiff's Attorney:  Robert Baker
Defendants Alexander's Steakhouse's and Chanile Chang's Attorney:  Sybil Renick
Defendant Jeffrey Stout's Attorney:  Joseph Wall

A case management conference was held on September 30, 2015.  A further case management conference is set for January 27, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by January 20, 2016.

The hearing on class certification set for November, 12, 2015, at 1:30 p.m. is VACATED.  Otherwise, the case schedule remains as set.  For the benefit of the parties, the case schedule is as follows:

| Scheduled Event | Date |
|---|---|
| Fact Discovery Cutoff | December 30, 2015 |
| Opening Expert Reports | January 29, 2016 |

1

Case No. 15-CV-00321-LHK
CASE MANAGEMENT ORDER

| Rebuttal Expert Reports | February 29, 2016 |
|---|---|
| Close of Expert Discovery | March 28, 2016 |
| Last Day to File Dispositive Motions (one per side in entire case) | April 21, 2016 |
| Hearing on Dispositive Motions<br><br>The parties are limited to one dispositive motion per side in the entire case, except that Defendants Alexander's Steakhouse and Jeffrey Stout may file one additional joint summary judgment motion addressing whether the Release and Settlement Agreement precludes any of Plaintiff's claims in this case. | June 9, 2016, at 1:30 p.m. |
| Final Pretrial Conference | August 11, 2016, at 1:30 p.m. |
| Jury Trial | September 6, 2016, at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated:  September 30, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-00321-LHK
CASE MANAGEMENT ORDER