UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL SEGURA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEXANDER'S STEAKHOUSE, INC., et al.,<br><br>        Defendants. | Case No. 15-CV-00321-LHK<br><br>**ORDER DENYING REQUEST TO VACATE CASE SCHEDULE**<br><br>Re: Dkt. No. 58 |

On March 1, 2016, the parties notified the Court that the parties have settled the entire case. ECF No. 58. The parties stated that a joint stipulation for dismissal with prejudice will be filed within five days of the full performance of the settlement, which should occur by September 15, 2016. *See id.* In light of the settlement, the parties ask the Court to vacate the case schedule and set an Order to Show Cause hearing for October 2016. The Court will not vacate the case schedule until the parties have filed a stipulation of dismissal. Accordingly, the Court DENIES the parties' request to vacate the case schedule. The parties may stipulate that the Court dismiss the case but retain jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED.**

Dated: March 2, 2016

_____
LUCY H. KOH
United States District Judge