EDWIN K. PRATHER (Cal. Bar. No. 190536)
SYBIL L. RENICK (Cal. Bar. No. 213149)
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, California 94108
Telephone: (415) 881-7774
Sybil@pratherlawoffices.com

Attorneys for Defendants
ALEXANDER'S STEAKHOUSE, INC.,
CHANILE CHANG and JEFFREY STOUT

ROBERT DAVID BAKER, ESQ. (87314)
ROBERT DAVID BAKER, INC.
80 South White Road
San Jose, CA 95127
Telephone:    (408) 251-3400
Facsimile:    (408) 251-3401
*rbaker@rdblaw.net*

Attorney for Plaintiff,
MIGUEL SEGURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL SEGURA,<br><br>  Plaintiff,<br><br>vs.<br><br>ALEXANDER'S STEAKHOUSE, INC.; JC CHEN; CHANILE CHANG; JEFFREY STOUT,<br><br>  Defendants. | Case No. 15-CV-00321 LHK<br><br>**JOINT NOTICE OF RESOLUTION OF DISCOVERY DISPUTES AND REQUEST TO VACATE MARCH 16, 2016 HEARING DATE; [~~PROPOSED~~] ORDER** |

1  TO THE COURT, HONORABLE NATHANAEL COUSINS AND
2  HONORABLE LUCY H. KOH:

3  PLEASE TAKE NOTICE that the parties have resolved their discovery disputes in this matter which are scheduled to be heard on March 16, 2016, at 1:00 p.m., before the Hon. Nathanael Cousins, and jointly request that the March 16, 2016 hearing date for their motions to compel be vacated.

On February 5, 2016, Plaintiff Miguel Segura filed a motion to compel certain work schedules from Defendant Alexander's Steakhouse, Inc. [Docket No. 51]

On February 5, 2016, Defendant Alexander's Steakhouse, Inc. filed a motion to compel certain e-mails from Plaintiff Miguel Segura that were maintained in e-mail accounts he had set up for him to send and receive e-mails related to his employment with Alexander's Steakhouse, Inc. [Docket No. 52]

On or about February 24, 2016, the parties entered into a conditional settlement of this entire action and agreed to withdraw their pending motions to compel.

Accordingly, the parties respectfully request that March 16, 2016 hearing date for the motions to compel be vacated.

Dated:  March 3, 2016                              /s/
                                                   Sybil L. Renick, Esq.
                                                   Attorneys for Defendants
                                                   Alexander's Steakhouse, Inc., Chanile
                                                   Chang, and Jeffrey Stout

Dated:  March 3, 2016                              /s/
                                                   Robert Baker, Esq. Attorney for
                                                   Plaintiff Miguel Segura

# [PROPOSED] ORDER

Pursuant to the Parties' Joint Notice of Resolution of Discovery Disputes and Request to Vacate the March 16, 2016 hearing date,

AND FOR GOOD CAUSE APPEARING,

IT IS ORDERED that:

1. The March 16, 2016, 1:00 p.m. hearing on Plaintiff's Miguel Segura's Motion to Compel is vacated.

2. The March 16, 2016, 1:00 p.m. hearing on Defendant Alexander's Steakhouse, Inc.'s Motion to Compel is vacated.

IT IS SO ORDERED.

Dated: March 7, 2016

_____
Honorable [...]
United [...]

