UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL SEGURA,<br><br>             Plaintiff,<br><br>      v.<br><br>ALEXANDER'S STEAKHOUSE, INC., et al.,<br><br>             Defendants. | Case No. 15-CV-00321-LHK<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

The instant case is scheduled for a further case management conference on Wednesday, March 23, 2016 at 2 p.m. The parties notified the Court on March 1, 2016 that the case has settled. The parties shall file either a stipulation of dismissal with prejudice or a joint case management statement consistent with Civil Local Rule 16-10(d) by 11 a.m. on Tuesday, March 22, 2016.

**IT IS SO ORDERED.**

Dated: March 21, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-00321-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE