UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL SEGURA,<br><br>        Plaintiff,<br><br>  v.<br><br>ALEXANDER'S STEAKHOUSE, INC., et al.,<br><br>        Defendants. | Case No. 15-CV-00321-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Robert Baker
Defendants' Attorney: Sybil Renick

     A case management conference was held on March 23, 2016.  A further case management conference is set for April 6, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by March 30, 2016.

     The parties shall file a stipulation of dismissal without prejudice by March 24, 2016.  The parties shall file a stipulation of dismissal with prejudice by September 30, 2016.

**IT IS SO ORDERED.**

Dated: March 23, 2016

                                                          _____
                                                          LUCY H. KOH
                                                          United States District Judge